# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY HOWE,** | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 1:16-0102 |
| **THE PENNSYLVANIA STATE UNIVERSITY - HARRISBURG, CHANCELLOR MULKUND KULKARNI, THOMAS STROHM, KARL MARTZ, and DONALD HOLTZMAN,** | : : : | (JUDGE MANNION) |
| Defendants | : : | |

## O R D E R

In accordance with the memorandum issued by the court this same day,

**IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's motion for an emergency temporary restraining order and/or preliminary injunction, **(Doc. 5)**, is **DENIED**; and

**(2)** the instant action is remanded to Judge Schwab for purposes of all pre-trial proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date:  February 2, 2016

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0102-01-ORDER.wpd