# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY HOWE,** | : | |
| **Plaintiff** | : | |
| v. | : | CIVIL ACTION NO. 1:16-0102 |
| **THE PENNSYLVANIA STATE UNIVERSITY - HARRISBURG, CHANCELLOR MULKUND KULKARNI, THOMAS STROHM, KARL MARTZ, and DONALD HOLTZMAN,** | : : : | (JUDGE MANNION) |
| **Defendants** | : : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, **(Doc. 43)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the instant action, **(Doc. 1)**, is **DISMISSED**;

**(3)** the plaintiff's motion to compel discovery, **(Doc. 22)**, and the defendants' motion to dismiss the instant action, **(Doc. 37)**, are **DISMISSED AS MOOT**; and

**(4)** the Clerk of Court is **DIRECTED TO CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 31, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0102-02-ORDER.wpd